Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Email: lhm28843@sbcglobal.net
Tel.   (707) 528-8175
Fax.   (707) 528-8675

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


Jon H. York SBN #049874
Gregory P. Brock SBN# 181903]
JON YORK & ASSOCIATES
A Law Corporation
918 Parker Street, 2nd Floor
Berkeley, California 94710
Email:gbrock@jyorklaw.com
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Defendant,
GOLDEN GATE PETROLEUM COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>        Plaintiff,<br>    v.<br><br>GOLDEN GATE PETROLEUM COMPANY, ET AL,<br><br>        Defendants<br>_____/ | **CASE NO. C06-00118 THE**<br><br>**STIPULATION RE DISMISSAL AND [PROPOSED] ORDER**<br>**[FRCP 41(a)(1)]** |

IT IS HEREWITH STIPULATED by and between the parties to this action, pursuant to FRCP 41(a)(1) that the matter be dismissed in its entirety without prejudice. Each party reserves all of its own rights. Each party to bear its own costs.

Dated: 5-11-06

_____
JACK SILVER, Esq.
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 5-10-06

_____
GREGORY R. BROCK, Esq.
Attorney for Defendant
GOLDEN GATE PETROLEUM COMPANY

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 05/12/06

_____
THELTON E. HENDERSON,
JUDGE UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California]*
*[Signature: Judge Thelton E. Henderson]*

C06 00118 THE
Stipulation Re Dismissal and [Proposed] Order     2